UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH AMBERS, | Case No. 13-cv-03940 NC |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | Re: Dkt. No. 25 |
| WELLS FARGO BANK, N.A. a/k/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA BANK, f/k/a WORLD SAVINGS; AND DOES 1 TO 10, | |
| Defendants. | |

On March 3, 2014, the Court granted Wells Fargo's motion to dismiss plaintiff's complaint for lack of standing and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  Dkt. No. 25.  The Court dismissed plaintiff's rescission claim under TILA as time-barred without leave to amend, and permitted plaintiff to amend her complaint as to the remaining claims by March 28, 2014.  *Id.*  The Court cautioned plaintiff that, if she chooses not to amend her complaint, the case will be dismissed with prejudice. *Id.*  Because the deadline has passed and plaintiff has not filed an amended complaint, the Court dismisses this case with prejudice for the reasons set forth in the Court's March 3, 2014, order granting Wells Fargo's motion to dismiss.

Case No. 13-cv-03940 NC
ORDER DISMISSING CASE

1 | The case management conference set for April 23, 2014 is vacated.

2 | IT IS SO ORDERED.

3 | Date: April 21, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-03940 NC
ORDER DISMISSING CASE

2