UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT AMBERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 15-cv-04100-EDL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 8 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Nathanael Cousins for consideration of whether the case is related to Ambers v. Wells Fargo Bank N.A., Case No. 13-cv-3940-NC.

**IT IS SO ORDERED.**

Dated: September 17, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge